| | |
|---|---|
| RANDAL R. CANGELOSI AND KATHLEEN A. CANGELOSI | DOCKET NO. |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE<br>STATE OF LOUISIANA |

COST OK TO Amt 400.00
CK# 008728
SEP 01 2009
BY: _____ DY. CLERK OF COURT

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Randal R. Cangelosi and Kathleen A. Cangelosi ("plaintiffs"), who file this petition for the following reasons:

1.

Made defendant herein is Liberty Mutual Fire Insurance Company ("defendant"), a foreign insurer qualified to issue insurance in this state.

2.

On or about September 1, 2008, plaintiffs' house located at 3349 Tezcucco Drive, Baton Rouge, Louisiana, 70820 was substantially damaged during Hurricane Gustav from wind that caused a large tree to damage said house.

3.

Plaintiffs had and still have in full force and effect a homeowners' insurance policy that was issued and agreed upon by defendant, policy number H32-298-014868-407 0. Currently, plaintiffs are interacting with defendant on reimbursement and/or coverage for claims including Coverages A, B, C, D and additional coverages therein under said policy, but are filing this lawsuit to preserve any rights under the policy or Louisiana law that are available to plaintiffs.

4.

Currently, plaintiffs have been paid some, but not all, of the insured amounts due to them under said policy, and hereby request all of said amounts in full to which they are entitled and will be proven at trial and as are reasonable and owing.

EXHIBIT A

REC'D C.P.
SEP -2 2009

1693375_1.DOC

WHEREFORE, plaintiffs 'pray' that after all due proceedings are had, that all amounts, damages and costs including attorneys' fees be awarded to plaintiffs and against defendant, and for all other just, equitable and legal relief to which plaintiffs are entitled.

Respectfully submitted:

*/s/ Randy Cangelosi*

Vance A. Gibbs (#1375)
Randal R. Cangelosi (#23443)
KEAN, MILLER, HAWTHORNE, D'ARMOND, McCOWAN & JARMAN, L.L.P.
P. O. Box 3513
Baton Rouge, LA 70821-3513
Telephone: (225) 387-0999
Facsimile: (225)388-9133

**Attorneys for Randal R. Cangelosi and Kathleen A. Cangelosi**

PLEASE WITHHOLD SERVICE AT THIS TIME

**CIVIL**

- ☒ 01-DAMAGES
- ☐ 02-CONTRACT
- ☐ 03-PRISONER SUIT
- ☐ 04-EXECUTORY PROCESS
- ☐ 05-SUIT ON NOTES
- ☐ 06-EVICTION
- ☐ 07-WORKMENS COMPENSATION
- ☐ 08-JUDICIAL REVIEW
- ☐ 09-PROPERTY RIGHTS
- ☐ 10-INJUNCTION MANDAMUS
- ☐ 11-COMM. PROP. PARTITION
- ☐ 12-PUBLIC SERV. COMM.
- ☐ 13-OTHER PARTITIONS
- ☐ 14-OTHER
- ☐ 15-D.E.Q.
- ☐ 16-
- ☐ 17-
- ☐ 18-
- ☐ 19-
- ☐ 20-

CERTIFIED TRUE COPY 102095
DEPUTY CLERK OF COURT
19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH, LA
09 SEP -[?] PM 5:17
DOUG WELBORN
CLERK OF COURT E.B.R. PARISH

CERTIFIED TRUE COPY
DEC 08 2009
BY [signature]
DEPUTY CLERK

1693375_1.DOC

NO.: C582149  SECTION "26"

RANDAL R. CANGELOSI AND KATHLEEN A. CANGELOSI

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY

FILED:_____  _____
DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

Defendant, Liberty Mutual Fire Insurance Company, ("Liberty"), hereby moves for an extension of time within which to respond to the Petition for Damages in the above-referenced case through and including January 19, 2010, on the following grounds:

1.

The plaintiffs served their Petition on Liberty on December 11, 2009, thereby making responsive pleadings due December 28, 2009.

2.

Undersigned counsel, however, only recently received the Petition and has not had sufficient time to formulate a response.

3.

Defendant would like to respond adequately, but needs additional time to respond.

CERTIFIED TRUE COPY 000199 DEPUTY CLERK OF COURT

19TH JUDICIAL DISTRICT EAST BATON ROUGE PARISH, LA.
2009 DEC 30 PM 3:01
DEPUTY CLERK & RECORDER
DOUG WELBORN

149562

4.

Considering the time constraints mentioned above, Liberty requests that this Court grant it a twenty-(20) day extension of time within which to file responsive pleadings. This extension will not unduly delay the hearing or determination of this case.

Respectfully Submitted,

H. Minor Pipes, III, 24603
Jonathan R. Bourg, 31058
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Liberty Mutual Fire Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Extension of Time has been served upon counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 28th day of December, 2009.

149562

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.: C582149            SECTION "26"

RANDAL R. CANGELOSI AND KATHLEEN A. CANGELOSI

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY

FILED:_____        _____
                                                                       DEPUTY CLERK

### ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Defendant, Liberty Mutual Fire Insurance Company, be and hereby is granted an extension of time through and including January 19, 2010 within which to respond to the Petition for Damages.

Baton Rouge, Louisiana, this _____ day of December, 2009.

_____
JUDGE

149562

NO.: C582149  SECTION "26"

RANDAL R. CANGELOSI AND KATHLEEN A. CANGELOSI

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY

FILED:_____  _____
DEPUTY CLERK

### REQUEST FOR NOTICE

Defendant, Liberty Mutual Fire Insurance Company, ("Liberty"), pursuant to Louisiana Code of Civil Procedure article 1572, moves this Court for written notice ten (10) days in advance of the date fixed for a trial or hearing of any exception, motion, rule or trial on the merits in the above captioned proceeding and, pursuant to Louisiana Code of Civil Procedure articles 1913 and 1914, requests immediate notice of all interlocutory and final orders and judgments on any exceptions, motions, rules, or the trial on the merits in the above-captioned proceeding.

Respectfully Submitted,

H. Minor Pipes, III, 24603
Jonathan R. Bourg, 31058
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Liberty Mutual Fire Insurance Company*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Notice has been served upon counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 28th day of December, 2009.

149565

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.: C582149  SECTION "26"

RANDAL R. CANGELOSI AND KATHLEEN A. CANGELOSI

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY

FILED:_____  _____
DEPUTY CLERK

## NOTICE OF REMOVAL OF STATE COURT PROCEEDING TO FEDERAL COURT

TO:  Hon. Doug Welborn, Clerk of Court
 19th Judicial District Court
 Parish of East Baton Rouge
 P. O. Box 1991
 Baton Rouge, Louisiana 70821-1991

**PLEASE TAKE NOTICE** that Defendant, Liberty Mutual Fire Insurance Company ("Liberty"), has filed a Notice of Removal of this action, entitled *Randal R. Cangelosi and Kathleen A. Cangelosi v. Liberty Mutual Fire Insurance Company,* bearing docket number 582149 on the docket of 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, a copy of said Notice being filed herewith in conformity with 28 U.S.C. § 1446(d).

Respectfully Submitted,

_____
H. Minor Pipes, III, 24603
Jonathan R. Bourg, 31058
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
*Attorneys for Liberty Mutual Fire Insurance Company*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Removal of State Court Proceeding to Federal Court has been served upon counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 8th day of January, 2010.

_____

150545




COST OK $ _____  **POSTED**

NOV 2 5 2009    NOV 3 0 2009

DEPUTY CLERK OF COURT

RANDAL R. CANGELOSI
PARTNER
Direct Dial 225.389.3723
RANDY.CANGELOSI@KEANMILLER.COM

November 25, 2009                    *VIA HAND DELIVERY*

Hon. Doug Welborn
Clerk of Court
East Baton Rouge Parish
P.O. Box 1991
Baton Rouge, LA 70821-1991

    Re:   Randal R. Cangelosi, et al v. Liberty Mutual Fire Insurance Company
            Suit No. C582149; Section 26; 19th JDC; East Baton Rouge Parish
            Our File No. 20566-0

Dear Mr. Welborn:

    Enclosed are two (2) file stamped copies of the Petition for Damages filed in the above referenced matter. Please that you please effect service on the Petition and Citation on the defendant, Liberty Mutual Fire Insurance Company, through its registered agent for service of process, the Louisiana Secretary of State, **8585 Archives Avenue, Baton Rouge, Louisiana 70809**, at your earliest possible convenience.

    Should you have any questions, please do not hesitate to contact me.

                                    Very truly yours,

                                    Randal R. Cangelosi

RRC/rb
Enclosures

**REC'D C.P.**
NOV 3 0 2009

18TH FLOOR   ONE AMERICAN PLACE   POST OFFICE BOX 3513   BATON ROUGE, LOUISIANA 70821   PHONE 225.387.0999   FAX 225.388.9133   keanmiller.com

BATON ROUGE   NEW ORLEANS   LAKE CHARLES   PLAQUEMINE

Case 3:10-cv-00019-JJB-CN   Document 1-2   01/08/10   Page 8 of 17



009931767-0001 Raymond

CORPORATION SERVICE COMPANY

# Notice of Service of Process

TMM / ALL
Transmittal Number: 7233957
Date Processed: 12/15/2009

| | |
|---|---|
| Primary Contact: | Colleen Marr<br>Law Offices of Robert E. Birtel<br>3900 North Causeway Blvd.<br>Suite 625<br>Metaire, LA 70002 |
| Entity: | Liberty Mutual Fire Insurance Company<br>Entity ID Number 2542855 |
| Entity Served: | Liberty Mutual Fire Insurance Company |
| Title of Action: | Randal R. Cangelosi vs. Liberty Mutual Fire Insurance Company |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court: | East Baton Rouge Parish District Court, Louisiana |
| Case Number: | 582149 |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 12/15/2009 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | State of Louisiana Secretary of State on December 11, 2009 |
| How Served: | Certified Mail |
| Sender Information: | Vance A. Gibbs<br>225-387-0999 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscinfo.com

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

12/14/09

LIBERTY MUTUAL FIRE INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

SUIT NO: 582149
19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE

RANDAL R. CANGELOSI ET AL.
vs
LIBERTY MUTUAL FIRE INS. CO.

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE                Date:  12/11/09 at  3:00 PM
Served by: J. BROWN                    Title: DEPUTY SHERIFF

============================================================================
Received      Number         Date        Paid By                Amount
CHECK/M.O.    213105         12/09/09    COC (EBTR)             25.00

ADM                    $325
============================================================================

# NO. 740413



# CITATION

RANDAL R CANGELOSI AND
KATHLEEN A. CANGELOSI
(Plaintiff)

NUMBER C582149 SECTION 26

vs.

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

LIBERTY MUTUAL FIRE
INSRUANCE COMPANY
(Defendant)

STATE OF LOUISIANA

TO: LIBERTY MUTUAL FIRE INSRUANCE COMPANY
THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
THE SECRETARY OF STATE OF LOUISIANA

SERVED ON
JAY DARDENNE

DEC 1 1 2009

SECRETARY OF STATE
COMMERCIAL DIVISION

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **07-DEC-2009**.

Tracy Bradley, Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: VANCE A GIBBS

Also attached are the following documents:
PETITION FOR DAMAGES

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE: $_____
MILEAGE: $_____
TOTAL: $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION – 2424

JAY DARDENNE
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125




02 1M  $ 06.49
0004283359  DEC 14 20
MAILED FROM ZIP CODE 708



LIBERTY MUTUAL FIRE INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA  70802-6129

SUIT NO.  583148



Home

Please wait while we prepare this page for printing.

**Active Company Search Form**

[ New Search ]
Search By:
- ⦿ Name
- ○ Companies Licensed Since
- ○ NAIC Number
- ○ License Type
- ○ Coverage Line
- ○ Classification

Note: Use the name field to search for a company name or the first name OR last name of an adjuster (Example: ABC Insurance Company; John OR Doe)

Name   Liberty Mutual Fire Insurance Company    [ Search ]


EXHIBIT B

Print a complete listing of your results.  Print

Export a complete listing of your results in Excel.  Export to Excel

| Company Information | |
|---|---|
| Liberty Mutual Fire Insurance Company | |
| **NAIC:** | 23035 |
| **Status:** | Active |
| **Domicile:** | WI |
| **Address:** | 175 Berkeley Street<br>Boston , MA 02117 |
| | Click here for additional addresses |
| **Phone:** | (603) 749-2600 x33122 |
| | Click here for additional phones |
| **Agent For Service of Process:** | LOUISIANA SECRETARY OF STATE |
| **Agent Address:** | 8585 Archives Ave.<br>BATON ROUGE, LA 70809 |

**License Types:** Admitted Insurer - 04/01/1930

**Classification:** Fire And Casualty

**Coverage Lines:** Burglary and forgery
Fidelity - 07/20/1995
Fire and allied lines
Home Owners - 09/09/2003
Liability
Marine and transportation
Miscellaneous
Steam Boiler and Sprinkler Leakage
Vehicle
Workers' Compensation
Surety - 07/20/1995

ENDORSEMENT 01

LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

POLICY NUMBER: H32-298-014868-407 0    THESE DECLARATIONS EFFECTIVE: 11/18/07    CLIENT# 000000000005933

NAMED INSURED AND MAILING ADDRESS
RANDAL R CANGELOSI
KATHLEEN A CANGELOSI
3349 TEZCUCCO DR
BATON ROUGE LA  70820-5011

RESIDENCE PREMISES INSURED:
SAME AS MAIL ADDRESS

POLICY PERIOD: 11/18/07 TO 11/18/08
12:01AM STANDARD TIME AT THE
RESIDENCE PREMISES

FOR SERVICE CALL OR WRITE:
4000 S SHERWOOD FOREST BLVD
BATON ROUGE LA  70816

SERVICE: 225-292-8808/800-233-0913
CLAIMS:  800-225-2467

CHANGES MADE:  HANDLING REQ CHANGED            MORTGAGEE 1 CHANGED

ADDITIONAL PREMIUM DUE FOR THIS CHANGE: NONE

SECTION I AND II: COVERAGES AND LIMITS UNDER YOUR LIBERTYGUARD HOMEOWNERS POLICY
  I: COVERAGE A - YOUR DWELLING WITH EXPANDED REPLACEMENT COST         $280,600
     COVERAGE B - OTHER STRUCTURES ON RESIDENCE PREMISES                $28,060
     COVERAGE C - PERSONAL PROPERTY WITH REPLACEMENT COST              $210,450
     COVERAGE D - LOSS OF USE OF YOUR RESIDENCE PREMISES    ACTUAL LOSS SUSTAINED
 II: COVERAGE E - PERSONAL LIABILITY (EACH OCCURRENCE)                 $300,000
     COVERAGE F - MEDICAL PAYMENTS TO OTHERS (EACH PERSON)               $1,000

DEDUCTIBLE: LOSSES COVERED UNDER SECTION I ARE SUBJECT TO A DEDUCTIBLE OF $1000
OTHER DEDUCTIBLES:  WIND/HAIL 1%    $2806

PREMIUM SUMMARY:    FORMS AND ENDORSEMENTS SHOWN ARE MADE PART OF YOUR POLICY
  HO 00 03 04 91   BASE COST FOR THE COVERAGES AND LIMITS SHOWN ABOVE    $ 2082
  HO 04 53 04 91   CREDIT CARD, FUND TRANSFER CARD,
                   FORGERY AND COUNTERFEIT MONEY              $1,000     $    0
  HO 04 61 04 91   SCHEDULED PERSONAL PROPERTY ENDORSEMENT*              $  136
                   $9,500 JEWELRY ($136)
  FMHO-2887        HOMEPROTECTOR PLUS                                    $  250

SECTION II COVERAGES EXTENDED:
           COVERAGE E INCREASED LIMIT                                    $   41
PREFERRED RISK RATING PLAN DISCOUNTS:   9.0%
  6.0% INSURANCE TO VALUE CREDIT                                        -$  125
  3.0% INFLATION PROTECTION CREDIT                                      -$   62
PROTECTIVE DEVICE CREDITS:  16.0%                                       -$  333
  2% SMOKE DETECTOR                    4% FIRE EXTINGUISHERS & DEAD BOLT
  10% CENTRAL STATION BURGLAR ALARM
MULTIPLE POLICY DISCOUNT   15%                                          -$  312
SAFE HOMEOWNER PROGRAM                                                  -$  312
2007 LA FAIR PLAN EMERGENCY ASSESSMENT:                                  $   49

FMHO 775 R3                                    COUNTERSIGNED 10/18/07

[Signatures: Secretary, President, Authorized Representative]

EXHIBIT C

ENDORSEMENT 01
PAGE 02

LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

**POLICY NUMBER:** H32-298-014868-407 0  **THESE DECLARATIONS EFFECTIVE** 11/18/07  **CLIENT#** 000000000005933

**NAMED INSURED AND MAILING ADDRESS**
RANDAL R CANGELOSI
KATHLEEN A CANGELOSI
3349 TEZCUCCO DR
BATON ROUGE LA  70820-5011

**RESIDENCE PREMISES INSURED:** SAME AS MAIL ADDRESS

**POLICY PERIOD:** 11/18/07 TO 11/18/08
12:01AM STANDARD TIME AT THE RESIDENCE PREMISES

FOR SERVICE CALL OR WRITE:
4000 S SHERWOOD FOREST BLVD
BATON ROUGE LA  70816

SERVICE: 225-292-8808/800-233-0913
CLAIMS:  800-225-2467

(CONTINUED FROM PREVIOUS PAGE)

NET PREMIUM                                                   $ 1414

  (INCLUDES GROUP SAVINGS PLUS® DISCOUNT)

OTHER ENDORSEMENTS MADE PART OF YOUR POLICY:
| | | | |
|---|---|---|---|
| HO 01 17 01 04 | SPECIAL PROVISIONS | HO 04 16 04 91 | PROTECTIVE DEVICES |
| HO 04 96 04 91 | NO SECII/LIMIT I-DAYCARE | FMHO-993 | ARSON REWARD |
| FMHO-1087 2/96 | WAIVER OF DED-THEFT | FMHO-2136 | WIND/HAIL DEDUCTIBLE |
| 2344 | LMHC MEMBERSHIP | FMHO-2265 | AMENDATORY SEEPAGE END |
| FMHO-2493 5/03 | AMENDATORY ENDORSEMENT | FMHO-2469 | AMENDATORY MOLD END |
| FMHO-3043 9/06 | AMENDMNT POL CONDITIONS | FMHO-2835 | INFLATION PROTECTION |

  * ALL PERSONAL PROPERTY SCHEDULES ARE ON FILE WITH THE COMPANY. COPIES OF
    SCHEDULES HAVE BEEN INCLUDED WITH THIS MAILING ONLY IF THERE HAS BEEN AN
    ADDITION OR CHANGE TO THE PROPERTY LISTED ON THE SCHEDULES.

SPECIAL MESSAGES: THESE DECLARATIONS ARE MADE PART OF THE POLICY NUMBER
                  SHOWN ABOVE AND REPLACE ANY PREVIOUS DECLARATIONS

MORTGAGEE 1:
CITIMORTGAGE INC ISAOA ATIMA
LOAN 0634018220
PO BOX 7706
SPRINGFIELD OH 45501

HANDLING REQUIREMENTS: DECLARATION TO MORTGAGEE
  BILL TO MORTGAGEE      FUTURE BILLS TO MORTGAGEE

FMHO 775 R3                                    COUNTERSIGNED 10/18/07

*[signatures]*
SECRETARY            PRESIDENT            AUTHORIZED REPRESENTATIVE



LIBERTY MUTUAL GROUP
4000 S SHERWOOD FOREST BLVD
BATON ROUGE LA 70816
225-292-8808/800-233-0913

OCTOBER 18, 2007

RANDAL R CANGELOSI
KATHLEEN A CANGELOSI
3349 TEZCUCCO DR
BATON ROUGE LA 70820-5011

RE: H32-298-014868-407
Policy Effective: 11/18/07

Dear Valued Customer,

Thank you for insuring with Liberty Mutual. We value your business, as well as your affiliation with Baton Rouge Bar Association and are committed to doing our best to exceed your expectations.

Periodically updating your homeowners policy ensures thorough protection and allows us to serve you more effectively. The enclosed document reflects changes recently made to your homeowners policy, and should be kept with your original policy forms.

At Liberty Mutual, we take pride in offering superior insurance products and services. Whether your needs are auto, home, or other personal insurance, Liberty Mutual is there to provide you with the sense of safety and security you can depend on. If you have any questions, please call 225-292-8808/800-233-0913 Monday through Saturday 7 AM - 11 PM Eastern Time, and on Sundays from 9 AM - 7 PM Eastern Time and we will be happy to assist you. You can also visit us online at www.libertymutualinsurance.com.

Once again, thank you for insuring with Liberty Mutual. We appreciate your business.

Sincerely,

*Lynn E. Peters*

Lynn E. Peters
Regional Service Manager
Liberty Mutual Fire Insurance Co.

Helping People Live Safer, More Secure Lives